

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED
JAN 02 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

USA,

Plaintiff(s),

v.

Edward M. Burke

Defendant(s).

Case No. 19 CR 001
Judge Sheila Finnegan

MAGISTRATE JUDGE FINNEGAN

## ORDER

Arrest warrant issued to the agent the of the Federal Bureau of Investigation as to defendant Edward M. Burke. The Government's motion to seal the case is granted. Enter Order attached.

Date: 1/2/2019

Sheila Finnegan
United States Magistrate Judge