UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD M. BURKE | No. 19 CR 1<br><br>Edmond E. Chang<br>Acting Chief Judge |

## ORDER

Upon the government's unopposed motion under Title 18, United States Code, Section 3161(h)(7)(A) & (B) for an extension of time in which to return an indictment in the above-captioned cause,

IT IS HEREBY ORDERED that the time within which to file an indictment against the defendant be extended from May 3, 2019, to and including June 7, 2019. Specifically, this Court finds that the ends of justice served by the extension outweigh the best interests of the public and the defendant in a speedy trial for the reasons set forth in the government's motion for extension of time to indict.

ENTERED:

EDMOND E. CHANG
Acting Chief Judge
United States District Court

DATED: April 25, 2019